IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL K. ANGELOFF et al.,** | : | Civil Action No. 1:09-CV-2169 |
| Plaintiffs | : | |
| | : | (Chief Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Prince) |
| | : | |
| **JAMES E. DEARDORFF, JR. et al.,** | : | |
| Defendants | : | |

## ORDER

**NOW**, on this 27th day of January 2011, upon consideration of Magistrate Judge William Prince's well-reasoned report and recommendation (Doc. No. 73), to which no objections have been filed, **IT IS HEREBY ORDERED THAT** the report and recommendation is **ADOPTED**. Defendants Robert Cassell and Accu-Fast Appraisals' Motion to Dismiss (Doc. No. 56) is **GRANTED**.

    S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania